# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY CASE NO. 11-51513 |
| DIANA HOUCK, | ) |
| | ) CHAPTER 13 |
| DEBTOR. | ) |
| | |
| DIANA HOUCK, | ) |
| | ) ADVERSARY PROCEEDING |
| PLAINTIFF, | ) NO. 15-05028 |
| | ) |
| V. | ) |
| | ) |
| SUBSTITUTE TRUSTEE SERVICES, INC., | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF APPEAL

Defendant Substitute Trustee Services, Inc. (hereinafter "Appellant") appeals under 28 U.S.C. §158(a) from the Findings of Fact, Conclusions of Law, and Order Granting Judgment to the Plaintiff (Docket #121), the Judgement (Docket #122), and the Order Granting Plaintiff's Motion for Summary Judgment (Docket #69) of the Honorable Laura T. Beyer, United States Bankruptcy Judge for the Western District of North Carolina, entered in this matter.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

SUBSTITUTE TRUSTEE SERVICES, INC.

Joseph J. Vonnegut, Esq.
Hutchens Law Firm
P.O. Box 2505
Fayetteville, North Carolina  28302
(910) 864-6888
(910) 864-6177 *fax*
*Attorney for Defendant/Appellant*

---

DIANA HOUCK

M. Shane Perry, Esq.
Travis E. Collum, Esq.
Collum & Perrry, PLLC
P.O. Box 1739
Mooresville, North Carolina  28115
(704) 663-4187
*Attorneys for Plaintiff*

---

This, the 20th day of October 2020.

                          HUTCHENS LAW FIRM, LLP

                BY:  /s/:  Joseph J. Vonnegut
                     JOSEPH J. VONNEGUT
                     Attorney for Defendant
                     4317 Ramsey Street
                     Post Office Box 2505
                     Fayetteville, North Carolina 28302
                     (910) 864-6888
                     (910) 864-6177 *fax*
                     NC State Bar No. 32974

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing NOTICE OF APPEAL upon all parties to this cause by depositing a copy hereof in a postage-paid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, properly addressed to the attorney or party as follows or via the appropriate electronic servicer:

| | |
|---|---|
| Plaintiff:<br>Diana Houck<br>318 Todd Railroad Grade Road<br>Todd, NC  28684 | Attorneys for Plaintiff:<br>Michael Shane Perry<br>Travis E. Collum<br>Collum Perry PLLC<br>P.O. Box 1739<br>Mooresville, NC  28115 |

This, the 20th day of October 2020.

HUTCHENS LAW FIRM, LLP

BY: /s/: Joseph J. Vonnegut
JOSEPH J. VONNEGUT
Attorney for Defendant
4317 Ramsey Street
Post Office Box 2505
Fayetteville, North Carolina 28302
(910) 864-6888
(910) 864-6177 *fax*
NC State Bar No. 32974