IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| IN RE: | ) | BANKRUPTCY CASE NO. 11-51513 |
| --- | --- | --- |
| DIANA HOUCK, | ) | CHAPTER 13 |
| DEBTOR. | ) | |
| | ) | ADVERSARY PROCEEDING NO. 15-05028 |
| DIANA HOUCK, | ) | |
| PLAINTIFF, | ) | |
| V. | ) | |
| SUBSTITUTE TRUSTEE SERVICES, INC., | ) | |
| DEFENDANT. | ) | |

### DEFENDANT'S MOTION FOR VOLUNTARY DISMISSAL OF NOTICE OF APPEAL

**COMES NOW** Defendant Substitute Trustee Services, Inc. ("Defendant"), by and through its undersigned counsel, and hereby moves this Court, pursuant to Fed. R. App. P. 42(b), to dismiss its *Notice of Appeal* filed on October 20, 2020. In support of its motion, Defendant states the following:

1. On or about October 20, 2020, Defendant filed its *Notice of Appeal* in the above-captioned Adversary Proceeding.

2. Plaintiff Diana Houck ("Plaintiff") and Defendant have agreed to a settlement in this case.

3. Plaintiff and Defendant (collectively, the "Parties") will address attorneys' fees, costs, and expenses in their Settlement Agreement.

4. As a result of the Parties' resolution, Defendant hereby moves to dismiss its *Notice of Appeal* on a voluntary basis.

**WHEREFORE**, Defendant Substitute Trustee Services, Inc., respectfully requests the Court dismiss its Notice of Appeal.

This, the 3rd day of December 2020.

**HUTCHENS LAW FIRM LLP**

BY:   /s/: Joseph J. Vonnegut
JOSEPH J. VONNEGUT
Attorneys for Substitute Trustee Services, Inc.
Post Office Box 2505
4317 Ramsey Street
Fayetteville, North Carolina 28302
(910) 864-6888 / (910) 864-6177 *fax*
NC State Bar No: 32974

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this *DEFENDANT'S MOTION FOR VOLUNTARY DISMISSAL OF NOTICE OF APPEAL* was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Plaintiff:
Diana Houck
318 Todd Railroad Grade Road
Todd, NC 28684

Attorney for Plaintiff:
Micheal Shane Perry
Collum & Perry, PLLC
109 West Statesville Avenue
Mooresville, NC 28115

This, the 3rd day of December 2020.

**HUTCHENS LAW FIRM LLP**

BY:   /s/: Joseph J. Vonnegut
     JOSEPH J. VONNEGUT
     Attorneys for Substitute Trustee Services, Inc.
     Post Office Box 2505
     4317 Ramsey Street
     Fayetteville, North Carolina 28302
     (910) 864-6888
     (910) 864-6177 *fax*
     NC State Bar No: 32974